IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JONATHAN GUY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD STORAGE & MOVING CO., <br><br> Defendant. | No. 4:18cv0216-JAJ <br><br><br><br> **ORDER** |

On March 29, 2021, the court was advised that the above case has been settled. The final pretrial conference and trial set for April 9, 2021 and May 10, 2021, respectively, are canceled and all pending motions are denied as moot.

Closing documents shall be filed by **May 21, 2021**. If no closing documents are filed by this date, pursuant to LR 41.1(c), the court may order dismissal of this action without further notice. Within sixty (60) days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

**IT IS SO ORDERED.**

**DATED** this 30th day of March, 2021.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA